United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | CRIMINAL ACTION NO. 7:23-CR-1660 |
| § | |
| JILLIAN ALONDRA RUIZ § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for April 18, 2024) is hereby reset for sentencing on June 18, 2024, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 24.

SO ORDERED April 17, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge